### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### MOBILE DIVISION

| | |
|---|---|
| **NECOLE GARDNER, individually and on behalf of all others similarly situated,** )<br>)<br>) | |
| **Plaintiffs,** ) | **CIVIL ACTION NO.:  1:17-cv-00362-JB-N** |
| ) | |
| **vs.** ) | |
| ) | |
| **RS CLARK AND ASSOCIATES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### JOINT MOTION TO VACATE PRETRIAL CONFERENCE AND NOTICE OF SETTLEMENT

COME NOW the Plaintiff Necole Gardner and Defendant RS Clark and Associates, Inc. (hereinafter collectively "the Parties"), by and through their respective undersigned counsel, and moves this Honorable Court to vacate the Pretrial Conference set for October 8, 2018, and enter an Order allowing the Parties 60 days to complete the settlement paperwork. In support, the Parties show unto this Court:

1. The Parties have reached a settlement agreement resolving all disputes in this matter.

2. The Parties are in the process of completing the paperwork.

3. As such, there is no need for the Pretrial Conference set for October 8, 2018.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Honorable Court vacate the Pretrial Conference and provide the Parties 60 days to complete the paperwork and file a notice of dismissal.

Respectfully submitted,

/s/ Yitzchak Zelman, with express consent    /s/ Neal D. Moore, III
Yitzchak Zelman                              Neal D. Moore, III
Marcus & Zelman, LLC                         Tina Lam
1500 Allair Avenue, Suite 101                Ferguson, Frost, Moore & Young, LLP
Ocean, New Jersey 07712                      1400 Urban Center Drive, Suite 200
Telephone: (732) 695-3282                    Birmingham, Alabama 35242
                                             Telephone: (205) 879-8722
*Attorney for Plaintiff*                     Facsimile: (205) 871-8831
                                             Email: ndm@ffmylaw.com
                                             Email: lam@ffmylaw.com

                                             *Attorneys for Defendant*
                                             *RS Clark and Associates, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of October, 2018, a copy of the foregoing document was served upon counsel for all parties to this proceeding by the following method:

    _____    mailing the same by first-class United States mail, properly addressed and postage pre-paid

    _____    hand delivery

    \_\_X\_\_    via ECF electronic filing

David I. Schoen
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Email:  schoenlawfirm@gmail.com
*Attorney for Plaintiff*

Yitzchak Zelman
Marcus & Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
*Attorney for Plaintiff*

   /s/ Neal D. Moore, III
   OF COUNSEL