IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NECOLE GARDNER, individually and on behalf of all others similarly situated,**     **Plaintiffs,** | ) ) ) ) |
| **v.** | ) CIVIL ACTION NO. 17-00362-JB-N ) |
| **RS CLARK AND ASSOCIATES, INC..,**     **Defendant.** | ) ) ) |

## ORDER

On October 3, 2018, the parties filed a Joint Motion to Vacate Pre-Trial Conference and Notice of Settlement, which informed the Court that the parties have settled this matter (Doc. 31). Accordingly, it is **ORDERED** that all claims in the above-styled action are hereby **DISMISSED with prejudice** from the active docket of this Court, subject to the right of any party to move to reinstate this action within **sixty (60) days** from the date of entry of this Order should the settlement agreement not be consummated. As such, all other pending deadlines are **CANCELED**.

No further order shall be forthcoming from the Court except upon motion by a party for entry of a final judgment as prescribed by Federal Rule of Civil Procedure 58. The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

DONE this 16th day of October, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE